# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANNA KNIGHTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CEDARVILLE RANCHERIA of NORTHERN PAIUTE INDIANS, et al.,<br><br>    Defendants. | Case No. 2:16-cv-2438   (WHO)<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH BRIEFING SCHEDULE OUTLINED IN DKT. NO. 5**<br><br>Re: Dkt. No. 10 |

Defendants' motion to dismiss was filed on December 16, 2016, and noticed for hearing on February 8, 2017. Dkt. No. 10. In accordance with the Order for Case Reassignment, any opposition was due no later than 14 days after the motion was filed, or December 30, 2016, and any reply was due 7 days after the opposition, or January 6, 2017. *See* Dkt. No. 5. No opposition has been filed.

The plaintiff is directed to file any opposition to the defendants' motion no later than January 18, 2017. The defendants' shall file their reply by January 25, 2017. The hearing will remain, as scheduled, on February 8, 2017 at 1:30 p.m. All briefing on future motions shall comply with the Reassignment Order. *See* Dkt. No. 5.

**IT IS SO ORDERED**.

Dated: January 12, 2017

_____
WILLIAM H. ORRICK
United States District Judge